

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
tseiler@karpf-law.com

September 28, 2017

**SENT VIA ECF**

The Honorable R. Barclay Surrick
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 8614
Philadelphia, PA 19106

       ***Re:***      ***Leora Tucker v. City of Philadelphia***
                **Civil Action No.: 16-4649**

Dear Judge Surrick:

As you know, I was previously appointed as counsel in this matter as a part of Plaintiffs' Employment Panel Program in this District. We were happy to help the Court in this case, as we are in all court-appointed cases. And to date, this firm has spent *a tremendous amount of time* on the above-referenced matter. I am however respectfully requesting a telephone conference for the following reasons at the Court's soonest convenience.

On September 22, 2017, Ms. Tucker specifically terminated our law firm advising that she was retaining Brian Puricelli. As Your Honor will recall, this was the same attorney Ms. Tucker insisted on retaining during the very hearing in which our office was appointed as counsel. Pursuant to RPC 1.17(a)(3), a lawyer is prohibited from further representing a client in any matter and "shall withdraw" as counsel when discharged.

Thank you for Your Honor's consideration of this request.

Respectfully Submitted,

**KARPF, KARPF & CERUTTI, P.C.**

*s/ Timothy S. Seiler*
Timothy S. Seiler, Esq.

cc: Frank E. Wehr, II – Attorney for Defendant (via ECF)