IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEORA TUCKER | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 16-4649 |
| CITY OF PHILADELPHIA | : |

### ORDER

**AND NOW**, this __12th__ day of __March__, 2019, upon consideration of Plaintiff Leora Tucker's Motion to Open Discovery (ECF No. 59), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that Plaintiff's Motion is **GRANTED. IT IS FURTHER ORDERED** as follows:

1. Within 45 days of the date of this Order, Plaintiff is permitted to conduct limited additional discovery consistent with the Memorandum filed herewith.

2. Within 60 days of the date of this Order, Plaintiff may file a supplemental response to Defendant's Motion for Summary Judgment.

3. Within 15 days of the date that Plaintiff files a supplemental response, Defendant may file a supplemental reply.

4. Defendant's Motion for Summary Judgment (ECF No. 46) will be **HELD IN ABEYANCE** until the additional discovery is completed and any new issues are briefed.

**IT IS SO ORDERED.**

**BY THE COURT:**

**R. BARCLAY SURRICK, J.**